UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV -6 PM 1:00

CLERK_____
SO. DIST. OF GA.

JAMES LEE ROBERTS,　　　　　)
　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　)　　Case No. CV607-040
　　　　　　　　　　　　　　　)
HUGH SMITH, Warden, et al.,　)
　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　 )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 6 day of Nov., 2007.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA